UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JENNIFER LEE,

        Plaintiff,

   v.

SHELBY HO, et al.,

        Defendants.

Case No.  14-cv-01127-BLF

**ORDER TERMINATING MOTIONS**

[Re: ECF Nos. 20, 22]

On June 17, 2014, Plaintiff filed a First Amended Complaint.  (ECF 34)  The Federal Rules permit a party to amend its pleading "once as a matter of course" within "21 days after service of a motion under Rule 12(b)."  Fed. R. Civ. P. 15(a)(1)(B).  An amended complaint supersedes the original.  *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967); *see also Connectu LLC v. Zuckerberg*, 522 F.3d 82, 91 (1st Cir. 2008).

Because Plaintiff's First Amended Complaint now stands as the operative pleading, Defendants' motions to dismiss the original complaint, (ECF 20, 22), filed May 28, 2014, are hereby terminated as moot.

**IT IS SO ORDERED.**

Dated: July 1, 2014

                                                              BETH LABSON FREEMAN
United States District Judge