1   **PARR LAW GROUP**
    SHAWN R. PARR (SBN 206616)
2   LINDSEY PHO (SBN 291881)
    1625 The Alameda, Suite 900
3   San Jose, California 95126
    Telephone: (408) 267-4500
4   Facsimile: (408) 267-4535

5   Attorneys for Plaintiff JENNIFER LEE

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11  JENNIFER LEE,                          CASE NO. C 14-01127-BLF

12                Plaintiff,
                                           **STIPULATION AND** ~~[PROPOSED]~~
13                                         **ORDER TO EXTEND TIME TO FILE**
           v.                              **OPPOSITIONS AND REPLIES RE**
14                                         **DEFENDANTS' MOTIONS TO DISMISS**
                                           **AND TO CONTINUE HEARING DATES**
15  SHELBY HO, BENNY KO, LIBERTY           **ON MOTIONS**
    ASSET MANAGEMENT CORPORATION,
16  SAN JOSE 10177 LLC, GREAT VISTA
    REAL ESTATE INVESTMENT
17  CORPORATION, VANESSA LAVENDERA,        Honorable Beth Labson Freeman
    LUCY GAO, HK GRACE BUILDING LLC,
18  and DOES 2 through 50, inclusive,
19
                  Defendants.
20

21

22
        WHEREAS, Defendants SHELBY HO and GREAT VISTA REAL ESTATE
23
    INVESTMENT CORPORATION have noticed a Motion to Dismiss Plaintiff's First Amended
24
    Complaint for hearing on September 18, 2014.
25
        Defendants BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION,
26
    VANESSA LAVENDERA, and LUCY GAO have noticed a Motion to Dismiss Plaintiff's First
27
    Amended Complaint for hearing on September 18, 2014.
28
        Notice of both Motions was given to all parties by ECF filing on July 7, 2014.

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126      *STIPULATION AND ORDER RE MOTIONS TO DISMISS*
Ph 408-267-4500         *C-14-01127-BLF*
Fax 408-267-4535                                          1

1    The parties wish to extend the time for Plaintiff's response to the Motions and

2  Defendants' Replies to Plaintiff's opposition in the interests of settlement, as the parties will be

3  attending mediation at JAMS in San Jose on August 27, 2014.

4    Wherefore, the parties STIPULATE TO AN ORDER AS FOLLOWS:

5    1.  Plaintiff shall file and serve on or before September 5, 2014 her oppositions to

6        Defendants' Motions to Dismiss Plaintiff's First Amended Complaint.

7    2.  Defendants shall file and serve on or before September 19, 2014 their Replies to

8        Plaintiff's Oppositions, if any.

9    3.  The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint

10       shall be continued from September 18, 2014 to October 2, 2014 at 9:00 a.m. in the

11       above-referenced Court.

12  DATED: July ___, 2014                LAW OFFICES OF GEORGE ESHOO &
                                         ASSOCIATES
13

14                                       _____
15                                       GEORGE ESHOO
                                         Attorney for Defendants SHELBY HO and GREAT
16                                       VISTA REAL ESTATE INVESTMENT
                                         CORPORATION
17

    DATED: July 14, 2014                 SHEPPARD, MULLIN, RICHTER & HAMPTON
18                                       LLP

19                                       _____
20                                       CHARLES L. KREINDLER
                                         Attorney for Defendants BENNY KO, LIBERTY
21                                       ASSET MANAGEMENT CORPORATION,
                                         VANESSA LAVENDERA, and LUCY GAO
22

23  DATED: July 14, 2014                 PARR LAW GROUP

24                                       _____
25                                       SHAWN R. PARR
                                         Attorney for Plaintiff JENNIFER LEE
26

27  **I hereby attest that I have on file all holograph signatures for any signature indicated by a**
    **"conformed" signature (/S/) within this efiled document.**
28

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND ORDER RE MOTIONS TO DISMISS*
*C-14-01127-BLF*

1  The parties wish to extend the time for Plaintiff's response to the Motions and

2  Defendants' Replies to Plaintiff's opposition in the interests of settlement, as the parties will be

3  attending mediation at JAMS in San Jose on August 27, 2014.

4  Wherefore, the parties STIPULATE TO AN ORDER AS FOLLOWS:

5  1.  Plaintiff shall file and serve on or before September 5, 2014 her oppositions to

6  Defendants' Motions to Dismiss Plaintiff's First Amended Complaint.

7  2.  Defendants shall file and serve on or before September 19, 2014 their Replies to

8  Plaintiff's Oppositions, if any.

9  3.  The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint

10  shall be continued from September 18, 2014 to October 2, 2014 at 9:00 a.m. in the

11  above-referenced Court.

12  DATED: July 15, 2014          LAW OFFICES OF GEORGE ESHOO &
13                                 ASSOCIATES
14
                                 GEORGE ESHOO
15                               Attorney for Defendants SHELBY HO and GREAT
                                 VISTA REAL ESTATE INVESTMENT
16                               CORPORATION

17  DATED: July ___, 2014         SHEPPARD, MULLIN, RICHTER & HAMPTON
18                                 LLP

19
20                               CHARLES L. KREINDLER
                                 Attorney for Defendants BENNY KO, LIBERTY
21                               ASSET MANAGEMENT CORPORATION,
                                 VANESSA LAVENDERA, and LUCY GAO
22

23  DATED: July ___, 2014         PARR LAW GROUP

24
25                               SHAWN R. PARR
                                 Attorney for Plaintiff JENNIFER LEE
26

27  **I hereby attest that I have on file all holograph signatures for any signature indicated by a
    "conformed" signature (/S/) within this efiled document.**

28

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND ORDER RE MOTIONS TO DISMISS
C-14-01127-BLF*                        2

1

## ORDER

2

IT IS ORDERED that:

3

4   1.   Plaintiff shall file and serve on or before September 5, 2014 her oppositions to

5        Defendants' Motions to Dismiss Plaintiff's First Amended Complaint.

6   2.   Defendants shall file and serve on or before September 19, 2014 their Replies to

7        Plaintiff's Oppositions.

8   3.   The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint

9        shall be continued from September 18, 2014 to October 2, 2014.

10

11  Dated: _____July 16_____, 2014    _____

12                                          BETH LABSON FREEMAN

13                                          Judge Of The United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND ORDER RE MOTIONS TO DISMISS*
*C-14-01127-BLF*

3