**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
LINDSEY PHO (SBN 291881)
1625 The Alameda, Suite 900
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Plaintiff JENNIFER LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEE,<br><br>Plaintiff,<br><br>v.<br><br>SHELBY HO, BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, SAN JOSE 10177 LLC, GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, VANESSA LAVENDERA, LUCY GAO, HK GRACE BUILDING LLC, and DOES 2 through 50, inclusive,<br><br>Defendants. | CASE NO. C 14-01127-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSES RE DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE HEARING DATES**<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 |

Defendants SHELBY HO and GREAT VISTA REAL ESTATE INVESTMENT CORPORATION have a Motion to Dismiss Plaintiff's First Amended Complaint set for hearing on October 2, 2014.

Defendants BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, VANESSA LAVENDERA, and LUCY GAO have a Motion to Dismiss Plaintiff's First Amended Complaint set for hearing on October 2, 2014.

On July 16, 2014, Honorable Judge Beth Labson Freeman granted an Order to Extend

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

1

Time to File Oppositions and Replies re Defendants' Motions to Dismiss and to Continue Hearing Dates on Motions in the interests of settlement.

On August 27, 2014, the parties attended a mediation where a conditional settlement was reached by the parties which would resolve the action. The parties wish to continue the hearings on Defendants' Motions to Dismiss and extend the time for Plaintiff's response to the Motions and Defendants' replies to Plaintiff's opposition in the case that the settlement does not go through as planned.

Wherefore, the parties STIPULATE TO AN ORDER AS FOLLOWS:

1. Plaintiff's oppositions to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be filed and served on or before October 10, 2014.
2. Defendants' replies to Plaintiff's oppositions, if any, shall be filed and served on or before October 24, 2014.
3. The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be continued from October 2, 2014 to November 6, 2014 at 9:00 a.m. in the above-referenced Court.

For the reasons stated above, good cause exists to continue the dates referenced above.

DATED: September 3, 2014

LAW OFFICES OF GEORGE ESHOO & ASSOCIATES

GEORGE ESHOO
Attorney for Defendants SHELBY HO and GREAT VISTA REAL ESTATE INVESTMENT CORPORATION

DATED: September ___, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

CHARLES L. KREINDLER
Attorney for Defendants BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, VANESSA LAVENDERA, LUCY GAO, and HK GRACE BUILDING LLC

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
C-14-01127-BLF

2

Time to File Oppositions and Replies re Defendants' Motions to Dismiss and to Continue Hearing Dates on Motions in the interests of settlement.

On August 27, 2014, the parties attended a mediation where a conditional settlement was reached by the parties which would resolve the action. The parties wish to continue the hearings on Defendants' Motions to Dismiss and extend the time for Plaintiff's response to the Motions and Defendants' replies to Plaintiff's opposition in the case that the settlement does not go through as planned.

Wherefore, the parties STIPULATE TO AN ORDER AS FOLLOWS:

1. Plaintiff's oppositions to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be filed and served on or before October 10, 2014.
2. Defendants' replies to Plaintiff's oppositions, if any, shall be filed and served on or before October 24, 2014.
3. The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be continued from October 2, 2014 to November 6, 2014 at 9:00 a.m. in the above-referenced Court.

For the reasons stated above, good cause exists to continue the dates referenced above.

DATED: September ___, 2014            LAW OFFICES OF GEORGE ESHOO & ASSOCIATES

_____
GEORGE ESHOO
Attorney for Defendants SHELBY HO and GREAT VISTA REAL ESTATE INVESTMENT CORPORATION

DATED: September 3, 2014              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____ for
CHARLES L. KREINDLER
Attorney for Defendants BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, VANESSA LAVENDERA, LUCY GAO, and HK GRACE BUILDING LLC

Parr Law Group
1625 The Alameda, Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

2

1  DATED: September 3, 2014          PARR LAW GROUP
2
3                                    SHAWN R. PARR
                                     Attorney for Plaintiff JENNIFER LEE

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

3

**ORDER**

IT IS ORDERED that:

1. Plaintiff's oppositions to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be filed and served on or before October 10, 2014.

2. Defendants' replies to Plaintiff's oppositions, if any, shall be filed and served on or before October 24, 2014.

3. The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be continued from October 2, 2014 to November 6, 2014 at 9:00 a.m. in the above-referenced Court.

Dated:  September 4     , 2014        /s/ Beth Labson Freeman
BETH LABSON FREEMAN
Judge Of The United States District Court

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

4