UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JENNIFER LEE,
        Plaintiff,

v.

SHELBY HO, et al.,
        Defendants.

Case No.  14-cv-01127-BLF

**ORDER APPROVING SUBSTITUTION OF COUNSEL**

[Re: ECF 54]

Civil Local Rule 5-1(c)(2)(E) provides that "[t]he replacement of one firm by another as counsel for a party is governed by Civil L.R. 11-5 and requires an order of the Court."  The Court accordingly construes defendants Benny Ko and Vanessa Lavendera's October 9, 2014 "Notice of Substitution of Counsel" as a request from former counsel to withdraw from the representation.  ECF 54.  The Court is satisfied that all parties have been afforded reasonable notice of the change in counsel and therefore GRANTS the request.  Attorney Charles Kreindler and the Sheppard, Mullin, Richter & Hampton, LLP law firm are hereby replaced by Matthew Donald Umhofer of Spertus, Landes and Umhofer, LLP as counsel for defendants Benny Ko and Vanessa Lavendera.

**IT IS SO ORDERED.**

Dated: October 14, 2014

BETH LABSON FREEMAN
United States District Judge