PARR LAW GROUP
SHAWN R. PARR (SBN 206616)
LINDSEY PHO (SBN 291881)
1625 The Alameda, Suite 900
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Plaintiff JENNIFER LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEE,<br><br>             Plaintiff,<br><br>v.<br><br>SHELBY HO, BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, SAN JOSE 10177 LLC, GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, VANESSA LAVENDERA, LUCY GAO, HK GRACE BUILDING LLC, and DOES 2 through 50, inclusive,<br><br>             Defendants. | CASE NO. C 14-01127-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSES RE DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE HEARING DATES**<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 |

Defendants SHELBY HO and GREAT VISTA REAL ESTATE INVESTMENT CORPORATION have a Motion to Dismiss Plaintiff's First Amended Complaint set for hearing on November 6, 2014.

Defendants BENNY KO, LIBERTY ASSET MANAGEMENT CORPORATION, VANESSA LAVENDERA, and LUCY GAO have a Motion to Dismiss Plaintiff's First Amended Complaint set for hearing on November 6, 2014.

On September 4, 2014, Honorable Judge Beth Labson Freeman granted an Order to

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

1

Extend Time to File Oppositions and Replies re Defendants' Motions to Dismiss and to Continue Hearing Dates on Motions in the interests of settlement.

The parties have reached a resolution and have been working together to execute the terms of the settlement. The parties believe that the matter shall be resolved by the end of next week, October 17, 2014. At this time, the parties wish to continue the hearings on Defendants' Motions to Dismiss and extend the time for Plaintiff's response to the Motions and Defendants' replies to Plaintiff's opposition in the case that the settlement does not go through as planned.

For the reasons stated above, good cause exists to continue the dates referenced above.

DATED: October 10, 2014            LAW OFFICES OF GEORGE ESHOO & ASSOCIATES

                                   _____/s/_____
                                   GEORGE ESHOO
                                   Attorney for Defendants SHELBY HO and GREAT VISTA REAL ESTATE INVESTMENT CORPORATION

DATED: October 10, 2014            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                   _____/s/_____
                                   CHARLES L. KREINDLER
                                   Attorney for Defendants LIBERTY ASSET MANAGEMENT CORPORATION, LUCY GAO, and HK GRACE BUILDING LLC

DATED: October 10, 2014            SPERTUS, LANES, & UMHOFER, LLP

                                   _____/s/_____
                                   MATTHEW D. UMHOFER
                                   Attorney for Defendants BENNY KO and VANESSA LAVENDERA

DATED: October 10, 2014            PARR LAW GROUP

                                   _____/s/_____
                                   SHAWN R. PARR
                                   Attorney for Plaintiff JENNIFER LEE

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

2

## ORDER

IT IS ORDERED that:

1. Plaintiff's oppositions to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be filed and served on or before  October 30, 2014  .

2. Defendants' replies to Plaintiff's oppositions, if any, shall be filed and served on or before  November 6, 2014  .

3. The hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint shall be continued from November 6, 2014 to  December 18  , 2014 at 9:00 a.m. in the above-referenced Court.

Dated:  October 14  , 2014

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
Judge Of The United States District Court

Parr Law Group
1625 The Alameda,
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME*
*C-14-01127-BLF*

3